**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                                                         CASE NO.  5:96cr20LAC

MARK HARRIS

### REFERRAL AND ORDER

Referred to Judge Mile Davis on        July 25, 2006

Motion/Pleadings: MOTION PURSUANT TO RULE 60(b)(6) of the Federal Rules of Civil Procedure for relief from the judgment order relating back to petitioner's original filed 2255 motion of 11/1/99 and his motion to amend pursuant to his Apprendi based claims on 10/5/2000

Filed by DEFENDANT PRO SE       on  7/3/2006       Doc.# 120

RESPONSES:

                                                                   on                      Doc.#
                                                                   on                      Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of August, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Fed.R.Civ.P.60(b) does not provide any basis for relief, and defendant will not be permitted to amend a motion that was ruled upon over five years ago. (See doc. 95).*

                                                        *s/L.A. Collier*
                                                        *LACEY A. COLLIER*
                                     *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.