**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

VS   CASE NO. 5:96cr20LAC

MARK HARRIS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___August 29, 2006___
Motion/Pleadings: __MOTION FOR RECONSIDERATION OF ORDER (DE-120) DENYING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED.R.CIV.P. 60(b)(6) ORDER OF AUGUST 3, 2006___
Filed by _DEFENDANT PRO SE_  on _8/17/2006_  Doc.# _122_
RESPONSES:
                                             on                     Doc.# 
                                             on                     Doc.#
____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of August, 2006, that:*
*(a) The relief requested is **DENIED.***
*(b)* _____

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.