*Page 1 of 2*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No: 5:96cr20/LAC

MARK HARRIS
_____/

**ORDER**

This cause is before the court on defendant's notice of appeal (doc. 124) of the court's order denying his motion pursuant to Rule 60(b)(6) and his motion for reconsideration of the denial of that motion. (Doc. 121 & 123). The court construes his notice of appeal as a request for a certificate of appealability. *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Rule 60(b) relief. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Therefore, he shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 28th day of September, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**